UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SCHWARTZ,

                    Plaintiff(s),                            **NOTICE OF COURT CONFERENCE**

      -against-

COMENITY CAPITAL BANK,                               13 civ 4896 (JGK)

                    Defendant(s).
------------------------------------------------------------X

To All Parties,

      You are directed to appear for a pretrial conference, to be held on **Tuesday, October 1, 2013** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

      **All requests for adjournments must be made in writing to the Court.**

      For any further information, please contact the Court at (212) 805-0107.

                                                                     **Don Fletcher**
                                                            **Courtroom Case Manager**

Dated: New York, New York
          August 6, 2013

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2013
```